# DECLARATION OF SERVICE BY CERTIFIED MAIL
## STATE OF NORTH CAROLINA
## COUNTY OF DURHAM



FILED
IN THIS OFFICE

MAY 15 2026

Clerk U.S. District Court
Greensboro, NC
BY

I, _Aisha Abdul-Ali, declare:

1. I am over the age of 18 years and not a party to the within entitled cause.
2. My address is: 626 Price Ave. Durham, NC 27701-4451
3. On **April 27, 2026**, I served a copy of the **Summons, Verified Complaint, Notice of Right to Consent** in Case No. 1:26-cv-00288, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Durham, North Carolina, addressed as follows:

Felicia F. Norwood
Former Director
Illinois Department of Healthcare and Family Services
100 West Randolph Street, 12th Floor
Chicago, IL 60601

4. I deposited said envelopes in the United States Mail via **Certified Mail, Restricted Delivery, Return Receipt** (Tracking No.
 9590 9402 6832 1074 9613 04    ). F. NORWOOD
5. Copies of the summons verified complaint, and Clerk-issued Notice of Right to Consent were included in the service packet. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on: April 27, 2026.**

/S/ Aisha Abdul-Ali
**Signature of Declarant (Server) Aisha Abdul-Ali**

*Aisha Abdul-Ali*
*May 12, 2026*

**DECLARATION OF SERVICE BY CERTIFIED MAIL**
**STATE OF NORTH CAROLINA**
**COUNTY OF DURHAM**


I, _Aisha Abdul-Ali, declare:

1. I am over the age of 18 years and not a party to the within entitled cause.
2. My address is: 626 Price Ave. Durham, NC 27701-4451
3. On **April 27, 2026**, I served a copy of the **Summons, Verified Complaint, Notice of Right to Consent** in Case No. 1:26-cv-00288, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Durham, North Carolina, addressed as follows:

Illinois Department of Healthcare and Family Services
State Agency
100 West Randolph Street, 12th Floor
Chicago, IL 60601

4. I deposited said envelopes in the United States Mail via **Certified Mail, Restricted Delivery, Return Receipt Requested** (Tracking No.
   9590 9402 6832 1074 9613 33 -IDHFS).
5. Copies of the summons verified complaint, and Clerk-issued Notice of Right to Consent were included in the service packet. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on: April 27, 2026.**

/S/ Aisha Abdul-Ali

**Signature of Declarant (Server) Aisha Abdul-Ali**

*Aisha Abdul-Ali*
*May 12, 2026*

I, _Aisha Abdul-Ali, declare:

1. I am over the age of 18 years and not a party to the within entitled cause.

2. My address is: 626 Price Ave. Durham, NC 27701-4451

3. On **April 27, 2026**, I served a copy of the **Summons**, **Verified Complaint**, **Notice of Right to Consent** in Case No. 1:26-cv-00288, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Durham, North Carolina, addressed as follows:

Illinois Attorney General
Statutory Recipients for State Defendants
Office of the Attorney General
100 West Randolph Street.
Chicago, IL 60601

4. I deposited said envelopes in the United States Mail via **Certified Mail Restricted Delivery, Return Receipt Requested** (Tracking No. 9590 9402 6832 1074 9613 28 - IL. AG).

5. Copies of the summons verified complaint, and Clerk-issued Notice of Right to Consent were included in the service packet. Service was made on the Illinois Attorney General as the State of Illinois's statutory recipient of service for state agency and official defendants. Service is made pursuant to Fed. R. Civ. P. 4(j)(2). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on: April 27, 2026.**

/S/ Aisha Abdul-Ali

**Signature of Declarant (Server) Aisha Abdul-Ali**

*Aisha Abdul-Ali*

*May 18, 2026*

**Card 1:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Illinois Attorney General
Office of the Attorney General
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

9590 9402 6832 1074 9613 28

Article Number (Transfer from service label)

7021 1970 0002 2763 7385

Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [RECEIVED]  □ Agent  □ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Attorney General MAY 5 2026
Office Services
By: ___

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
☒ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Card 2:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Illinois Department of Healthcare & Family Svcs
Office of the Director
100 WEST RANDOLPH STREET, 12th FLOOR
CHICAGO, IL 60601

9590 9402 6832 1074 9615 33

Article Number (Transfer from service label)

7021 1970 0002 2763 7514

Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [RECEIVED]  □ Agent  □ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAY 5 2026

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No
Attorney General
Office Services
By: ___

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
☒ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Card 3:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Felicia F. Norwood- Former Director
Illinois Department of Healthcare & Family Svcs
100 WEST RANDOLPH STREET, 12th FLOOR
CHICAGO, IL 60601

9590 9402 6832 1074 9613 04

Article Number (Transfer from service label)

7021 1970 0002 2763 7552

Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [RECEIVED]  □ Agent  □ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAY 5 2026

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No
Attorney General
Office Services
By: ___

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
☒ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt