Ibrahim Mustafaa
626 Price Ave.
Durham, NC 27701



RALEIGH NC 275
Research Triangle Region
12 MAY 2026 AM 1 L

RECEIVED
In This Office

MAY 13 2026

CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

INSPECTED



954 CB

OFFICE OF THE CLERK
UNITED STATES DIESTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

27401-254401

