# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| IBRAHIM MUSTAFAA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00288-WO-JEP |
| ILL. DEPT. HEALTHCARE & FAM. SVCS, ET AL., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maximus Federal Services, Inc.          .

Date:    06/08/2026

/s/ Joseph S. Dowdy
*Attorney's signature*

Joseph S. Dowdy, N.C. State Bar No. 31941
*Printed name and bar number*

4140 Parklake Ave Suite 610
Raleigh, NC 27612
*Address*

joe.dowdy@foley.com
*E-mail address*

(984) 375-3033
*Telephone number*

(984) 375-3040
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF System, which will automatically serve notice of such filing to the following registered PACER users in the case, including Plaintiff who has consented to service through PACER:

Ibrahim Mustafaa
626 Price Avenue
Durham, NC 27701
Email: ibrahim.mustafaa@gmail.com
(*Pro se* Plaintiff)

Respectfully submitted on June 8, 2026.

*/s/ Joseph S. Dowdy*
Joseph S. Dowdy
N.C. State Bar 31941
Foley & Lardner LLP
