# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| IBRAHIM MUSTAFAA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00288-WO-JEP |
| ILL. DEPT. HEALTHCARE & FAM. SVCS, ET AL., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maximus Federal Services, Inc.                                                                                    .

Date:      06/09/2026                                         /s/ Sarah Spangenburg
                                                                              *Attorney's signature*

                                                                  Sarah Spangenburg, N.C. State Bar No. 57381
                                                                              *Printed name and bar number*

                                                                          4140 Parklake Ave Suite 610
                                                                          Raleigh, NC 27612
                                                                              *Address*

                                                                  sarah.spangenburg@foley.com
                                                                              *E-mail address*

                                                                          (984) 375-3035
                                                                              *Telephone number*

                                                                          (984) 375-3040
                                                                              *FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF System, which will automatically serve notice of such filing to the following registered PACER users in the case, including Plaintiff who has consented to service through PACER:

Ibrahim Mustafaa
626 Price Avenue
Durham, NC 27701
Email: ibrahim.mustafaa@gmail.com
(*Pro se* Plaintiff)

Respectfully submitted on June 9, 2026.

/s/ *Sarah Spangenburg*
Sarah Spangenburg
N.C. State Bar 57381
Foley & Lardner LLP