# EXHIBIT A

Interstate Order/Notice to Withhold Income (Dec. 27, 2000)
and Associated Affidavit, reflecting coercive wage withholding,
imposition of arrears exceeding $37,000, and enforcement activity
beyond the scope of the controlling judicial order,
as referenced in Sections V.B.2 and V.D of Plaintiff's Memorandum.

# EXHIBIT A

 **Illinois Department of Public Aid**

### ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT

State of Illinois
Co./City/Dist. of __COOK__
Date of Order/Notice __DECEMBER 27  2000__
Court Case Number __1991DOO16386 COO511972__
Begin Date of Order __04/06/1982__
FIPS NO. __1703100__

|  | X | Original Order/Notice |
|---|---|---|
|  |  | Amended Order/Notice |
|  |  | Terminate Order/Notice |

RE: *IBRAHIM MUSTAFAA     125288662
Employee/Obligor's Name     RIN

LAUREL HOUSING AUTHORITY
701 BEACON ST
LAUREL MS  39440-4407

Employee/Obligor's Social Security Number
*COO511972
Employee/Obligor's Case Identifier
*LATEEFAH MUSTAFAA     044280286

__any subsequent employer/payor of income__ Custodial Parent's Name     RIN

| Child(ren)'s Name(s): | DOB | Child(ren)'s Name(s): | DOB |
|---|---|---|---|
| FATIMAH MUSTAFAA | | AISHA MUSTAFAA | |
| AMEENAH MUSTAFAA | | HANNIYYAH MUSTAFAA | |
| IBRAHIM MUSTAFAA | | | |

ORDER INFORMATION: This is an Order/Notice to Withhold Income for Child Support based upon an order for support from IL. By law, you are required to deduct these amounts from the above-named employee/obligor's income until notified   even if the Order/Notice is not issued by your State. *See important information on Employer/Payor of Income Summary Notice.

☐ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee/obligor's employment.

$ __25.00__    __MNTH__    in current support
$ _____    _____    in past-due support    Arrears 12 weeks or greater?   ☐ yes   ☒ no
$ _____       in medical support
   __5.00__    __MNTH__    in delinquency totaling $ __37,296.35__ __as of  12/27/2000__
$ _____       in other

for a total of $ __30.00__ per MNTH   to be forwarded to the payee below.

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:

$ __8.92__ per weekly pay period.    $ __15.00__ per semimonthly pay period (twice a month)
$ __13.85__ per bi-weekly pay period $ 30.00 per monthly pay period.
     (every two weeks).

REMITTANCE INFORMATION: Follow the laws and procedures of the employee/obligor's principal place of employment even if such laws and procedures are different from this paragraph.

You must begin withholding no later than the first pay period occurring 14 days after the date of this Order/Notice. Send payment within 7 business days of the pay date/date of withholding. You are entitled to deduct a fee of your actual cost not to exceed $5 monthly to defray the cost of withholding. The total withheld amount, including your fee, cannot exceed 65% of the employee/obligor's aggregate disposable weekly earnings. For the purpose of the limitation on withholding, the following information is needed (see #9 on back):

When remitting payment, provide the pay date/date of withholding, the order/docket number, FIPS number (which designates the county in which the order was entered)*, the employee/obligor's first and last name, and make payable to the State Disbursement Unit.

Send check to: State Disbursement Unit      * 1991DOO16386/1703100
               PO BOX 8000
               Wheaton IL  60189-8000

If remitting by EFT/EDI to send payments to the State Disbursement Unit (SDU), please contact the SDU at (630)681-2488 prior to first transmission.

Authorized by __WANDA BETTS__

Case 1:26-cv-00288-WO-JEP    Document 19-2    Filed 06/24/26    Page 2 of 3

FILED DATE: 1/22/2019 12:00 AM   2018L050040

## ADDITIONAL INFORMATION TO EMPLOYERS/PAYORS OF INCOME AND OTHER WITHHOLDERS

[X] If checked you are required to provide a copy of this form to your employee/obligor.

1. **Priority:** Withholding under this Order/Notice has priority over any other legal process under State law against the same income. Federal tax levies in effect before receipt of this order have priority. If there are Federal tax levies in effect, please contact the requesting agency listed below.

2. **Combining Payments:** You can combine withheld amounts from more than one employee/obligor's income in a single payment to each agency requesting withholding. You must, however, separately identify the portion of the single payment that is attributable to each employee/obligor.

3. **Reporting the Pay Date/Date of Withholding:** You must report the pay date/date of withholding when sending the payment. The pay date/date of withholding is the date on which the the employee/obligor is paid and controls the income, i.e. the date the income check or cash is given to the employee/obligor, or the date in which the income is deposited directly in his/her account.

4. **Employee/Obligor with Multiple Support Withholdings:** If you receive more than one Order/Notice against this employee/obligor and you are unable to honor them all in full because they exceed the withholding limit of the State of the employee/obligor's principal place of employment (see #9 below), you must allocate the withholding based on the law of the State of the employee/obligor's principal place of employment. If you are unsure of that State's allocation law, you must honor all Orders/Notices' current support withholdings before you withhold for any arrearages, to the greatest extent possible under the withholding limit. You should immediately contact the last agency that sent you an Order/Notice to find the allocation law of the state of the employee/obligor's principal place of employment.

5. **Termination Notification:** You must promptly notify the payee/requesting agency when the employee/obligor is no longer working for you. Please provide the information requested and return a copy of this order/notice to the agency identified below.
   EMPLOYEE/OBLIGOR'S NAME: _____
   EMPLOYEE/OBLIGOR'S CASE IDENTIFIER:_____DATE OF SEPARATION:_____
   LAST KNOWN HOME ADDRESS: _____
   NEW EMPLOYER/PAYOR OF INCOME'S ADDRESS: _____

6. **Lump Sum Payments:** You may be required to report and withhold from lump sum payments such as bonuses, commissions, or severance pay. If you have any questions about lump sum payments, contact the person or authority below.

7. **Liability:** If you knowingly fail to pay any withheld amount to the State Disbursement Unit within 7 business days after the date the amount would (but for the duty to withhold income) have been paid or credited to the obligor, a court can impose a penalty against you of $100 for each day that the withheld amount is not paid to the State Disbursement Unit after the period of 7 business days has expired. See 750 ILCS 28/35. If you willfully fail to withhold or pay over income pursuant to a properly served Order/Notice to Withhold Income, a court judgment could be entered against you for the total amount you fail to withhold or pay over. See 750 ILCS 28/50.

8. **Anti-discrimination:** You are subject to a fine determined under State law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against any employee/obligor because of a child support withholding.

9. **Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (15 U.S.C. 1673(b)); or 2) the amounts allowed by the State of the employee/obligor's principal place of employment. The Federal limit applies to the aggregate disposable weekly earnings (ADWE). ADWE is the net income left after making mandatory deductions such as: State, Federal, local taxes; Social Security taxes; and Medicare taxes. The Federal CCPA limit is 50% of the ADWE for child support and alimony, which is increased by: 1) 10% if the employee/obligor does not support a second family; and/or 2) 5% if arrears are more than 12 weeks old. (see boxes on front)

10. For the employee/obligor's rights, remedies and duties, if the principal place of employment is Illinois. see The Income Withholding for Support Act, 750 ILCS 28/1 et seq.

Requesting agency:
   Illinois Department of Public Aid
   Division of Child Support Enforcement
   MAXIMUS STAFF
   32 WEST RANDOLPH 10TH FL.
   CHICAGO IL   60601

If you or your employee/obligor have any questions, contact:
   WANDA BETTS
   By telephone at (312) 803-7253 ___ or
   by Fax at (312) 803-0872 ___ or
   by Internet_____.

DPA 3683 (R11-98)
(SEQ:  4408)

Page 2 of 2

IL478-2408

C 755

Case 1:26-cv-00288-WO-JEP   Document 19-2   Filed 06/24/26   Page 3 of 3